# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159566-7 & (86)(96)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

YREVA MUHAMMAD, Personal Representative
of the ESTATE OF ROBERT MUHAMMAD,
     Plaintiff-Appellant,

v

WILLIAM GRESLEY, MATTHEW KAMPS,
SEBASTIEN LEBON, BERTRAND THIBAULT,
MICHAEL CHAMPRENAULT, DANIEL
MOORE, and NICOLAS PELFRENE,
     Defendants-Appellees.

SC: 159566-7
COA: 341745, 343236
Kent CC: 16-001357-NO

_____/

     On order of the Court, the application for leave to appeal the March 28, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for admission pro hac vice and to expand the record are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

b0323